JANUARY 25, 1994

No. 93–899. POOLE v. CITY OF KILLEEN ET AL. C. A. 5th Cir. Certiorari dismissed as to John Earl Poole under this Court's Rule 46.

FEBRUARY 1, 1994

No. 93–7689 (A–631). BARNARD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN would grant the application for stay of execution.

No. 93–7691 (A–632). BARNARD v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 93–7692 (A–633). BARNARD v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN would grant the application for stay of execution.

FEBRUARY 3, 1994

No. A–621. BELLSOUTH TELECOMMUNICATIONS, INC., DBA SOUTH CENTRAL BELL TELEPHONE CO. v. STINNETT ET AL. D. C. E. D. Tenn. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

FEBRUARY 8, 1994

No. 93–325. FINCH v. CHAPMAN ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.2.